IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1168-JLK (consolidated with 07-cv-1190-JLK)**

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE**,

        Plaintiff,

v.

**KALAF ENTERPRISES CORPORATION,**

        Defendant.

## ORDER STRIKING ATTORNEY APPEARANCE

Kane, J.

The appearance of David Mazzarella, attorney of record for Kalaf Enterprises Corporation, is STRICKEN, as he is not admitted to practice before the bar of this court.

Dated this 25th day of July, 2007.

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      Senior Judge, United States District Court