# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-1168-JLK**
**(consolidated with 07-cv-1190-JLK)**

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE**,

        Plaintiff,

v.

**KALAF ENTERPRISES CORPORATION,**

        Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION PURSUANT TO
## FED. R. CIV. P. 26(d) FOR LEAVE TO SERVE AN EMERGENCY SUBPOENA

---

Plaintiff National Internet Corporation d/b/a WSI ICE's Motion for Leave to Serve an Emergency Subpoena (doc. #23), filed October 30, 2007 is GRANTED. It is

ORDERED that Plaintiffs may serve immediate discovery on Domains by Proxy to obtain all records identifying the individual(s) who have privately registered the **www.wsifacts.com** site. Plaintiffs may serve a Rule 45 subpoena in the form attached to the Motion as Exhibit "E."

Dated: October 31, 2007

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court