IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1168-JLK** (consolidated with **07-cv-1190-JLK**)

**In re WSI Franchise Litigation.**

---

Civil Action No. 07-cv-1168-JLK

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE,**

        Plaintiff,

v.

**KENNETH KALAF,**

        Defendant.

---

Civil Action No. **07-cv-1190-JLK**

**KALAF ENTERPRISES CORPORATION,**

        Plaintiff,

v.

**WSI HOLDINGS LTD. (ONTARIO, CANADA),** et al.

        Defendants.

This Minute Order relates to **07-cv-1190-JLK**

---

## ORDER

Kane, J.

        This matter came before me earlier today for oral argument on Defendants' Joint Motion to Dismiss (Doc. 12). The Motion was directed to Plaintiff's Original Complaint

which, based on Plaintiff's oral request and my ruling today granting it, Plaintiff intends to amend. Upon further reflection on the issues raised and representations made at oral argument, I DEFER any specific rulings on Defendants' Joint Motion until after Plaintiff files its Amended Complaint. Depending on the substance of Plaintiff's changes, Defendants may seek to amend or otherwise supplement their briefing on their Joint Motion. Rather than issue advisory rulings on matters that may or may not survive amendment, I ORDER that the Joint Motion is HELD IN ABEYANCE until after Plaintiff files its Amended Complaint. Accordingly,

Plaintiff's Amended Complaint in Civil Action No. 07-cv-1160-JLK is due on or before November 16, 2007. Defendants shall file an Amended Answer, together with Status Report stating whether Defendants intend to withdraw or maintain their Joint Motion to Dismiss and if so, whether supplemental briefing is necessary. The Status Report should include a proposed briefing schedule, if appropriate, that has been cleared with Plaintiff's counsel. Both the Amended Answer and the Status Report are due on or before November 30, 2007.

Dated:  November 7, 2007                **s/John L. Kane**
                                        SENIOR U.S. DISTRICT JUDGE