IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1168-JLK** (consolidated with **07-cv-1190-JLK**)

**In re WSI Franchise Litigation.**

Civil Action No. 07-cv-1168-JLK

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE,**

        Plaintiff,

v.

**KENNETH KALAF,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Leave to File Amended Complaint (doc. 45), filed June 16, 2008, is GRANTED. The Amended Complaint is accepted as filed.

Dated: September 10, 2008