IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1168-JLK** (consolidated with **07-cv-1190-JLK**)

**In re WSI Franchise Litigation.**

---

Civil Action No. 07-cv-1168-JLK

**NATIONAL INTERNET CORPORATION, d/b/a WSI ICE,**

      Plaintiff,

v.

**KENNETH KALAF,**

      Defendant.

---

Civil Action No. **07-cv-1190-JLK**

**KALAF ENTERPRISES CORPORATION and KENNETH KALAF,**

      Plaintiff,

v.

**NATIONAL INTERNET CORPORATION**, d/b/a **WSI ICE, E-SOLUTION SOURCE, INC.**, **WSI HOLDINGS, LTD**., **WORLD TECHNOLOGY GROUP, INC**., and **1175856 ONTARIO LTD**.,

      Defendants.

This Order relates to **both cases**

---

### ORDER OF DISMISSAL

Kane, J.

    Upon consideration of the Stipulation for Dismissal (doc. #51), filed February 27, 2009, it is

**ORDERED** that this consolidated action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: February 27, 2009

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT